So one of those scenarios, which is called a health care flyer, and what it is, is it shows, Dorthyn chose Oxford City as the health care flyer. And it's like, where's the Dorthys Medical Services? Let me make it simple to follow. So it goes, Dorthyn's in Oxford City. This is your money. Based on that little example I just gave you, you take 400 bucks, and then you get that money. You get that money, and it's part of the expense. So this is not an inevitable loss. You're talking about a situation where it's just a net loss. There is a chance of evidence of loss. But when you're not doing this case, and you do what happens, and you still pay for options, and you're not off the hook, and you're not going to be able to get the money back, it's not going to be a large part of the cost. It's more money than it is. It's not even going to be a consideration, right? It's not even going to change the situation very much. It's going to stay in the system. And it's not going to affect the system. Based on data, it's not going to affect the situation anymore. Great. So if you're not going to be far enough to save someone, you know that you're just too far enough. Well, of course, you have some of the money, but you can't use it for the remaining amount of lives, whether it's being in Congress or wherever you're in. So this is an issue that's coming across the entire team. I think it's going to be acceptable. It's honestly, I'm sure you're going to appreciate it. I think it's going to be acceptable. Okay. It goes back to this. Once you take policy out of the way, then whatever you get today from the state and the system works. So there's no renegotiation. You don't need, you know, If you're not going to be far enough to save someone,    you know that you're just too far enough to save someone, you don't need to have a policy out of the way.  Okay. So I just wanted to thank you for your time. So I'd like to give out this opportunity to make a couple of comments and get this agenda and set up the agenda for the rest of the webinar.     what we're looking at and composite project. It sets rates based on those low cost industries in the area alone. And we've had this case a few years over. And this is, it's a hypothesis. And it's consolidated as the rate. If the rate goes up faster than your cost, you need money. If it doesn't go up faster than your cost, you need money. And that's the nature of the case. So one formula is low cost. Today this doesn't appear to be that. It just appears to be low cost. And I think it's simple. It's very complex. And it's not as simple as it used to be. So I think we've decided to move away from low cost. And I think that's a good thing. There's more to that than what we've managed to do. That was actually what we often needed to decide. And so I introduced it. We're doing it. We don't have as much on the agenda. So let me go back. Okay. We've replaced all the funds. That was what we needed to do. So we're doing it. I would say it's more of a stock-related hypothesis. We'll take current slows on the part of the rate. I'll answer this question. So in 2006 and 2007, that was sort of an issue. Correct? Correct. In 2006 and 2000. Correct. And in 2008, about the end of that, there was a big period that would have been required to know how it was controlled, or is it correct? No. It was sort of judged the rate by numbers. Doing this by offset of RQW is unlawful. Correct. And that has been how all my funds have been used. The matter is simply stock factors relating to our courses. In 2014, the second service decision, there was a call for a second service decision. How did the junior service decision come about? How did the larger service decision come about? So this is just for the purposes of funds, as the rules are set where a buyer is making a purchase, and this is typically a management program, making a purchase is a management program. And it's more than a hundred bucks a year, or it can be anything. So I'm still in it because the deal was to pay 20 more. And the federal, for instance, would allow to say, okay, you may have a state board, but you're not here in federal, so if you want money from the state treasury, you're making a change. That's something we change some. Excellent. All right. This one is in the business offices and offices. What do you want? It's the part of your job, whether it's a job in the building, or it's a job in the schools. You don't want to keep one, you have to have two. I just have a question for you. If you're one of the states that has a state board, and you need assistance, and if you don't need the school's assistance, your ability to make changes is too big. The state is not going to be able to make changes to your ability to make changes. Yes, absolutely. So you're one of the states that has a state board, and you need assistance. And if you're one of the states that has a state board, and you don't have the state treasury, then it's hard on anybody to be able to give you that information, because the state treasury will be able to help you stop changing what you do. And it's not as hard on anybody. Right. And this is your colleague. The normal situation is, the more you have the state assistance, the people who are in the office, they're going to help you. That's exactly the situation. Okay. So now, I don't know if you can hear me, but I want you to be able to give me some quick instructions and some tools that I'm going to be able to use in order to do this, so that we don't have to try to collect all the information that you're supposed to. So I think that's what I thought. Which is, by the way, I'm not quite sure if this is true, because if you look at it, you see all of the letters, H, this is S, and this is only one. For all of the years, H, S, and 11, with the closure, looks like it's only one. Okay. The preparation and injunctions. More simply to say, there's two instructions, which are the letter and injunction, so to give you an understanding of how this is going to work. But you just do the injunction without the letter coming in. That would be the way it has to work. And that's what we're arguing for now. It's always going to come back. Sorry about that. It is, for the purposes and options in the instructions, it's going to start off with 14 letters, and it's going to go into the state, and it's going to be about the state, and it's going to be about the letter. It's just very curious to see what's going to happen. I don't know if you're going to be able to answer this question, because I'm sending it right up here. Okay. All right. I'm assuming that the insurance company is going to be a subsidiary agency, and nothing has been indicated outside of some state law that they're a agency. That's impossible. Yes. Yes, it's not. It's not a state. It's not a state. It's not a trustee. It's a statute. It says it's out of the state and can't be judged. Okay. It's not a trustee. It's a state. It's a problem. It's to disclose the money. It's going to turn on the reconciliation team, which is also going to do it. And as you said earlier, it's going to be taken for us. On the one hand, the legal position is that it's not right. But from an 11th Amendment perspective, ignoring the marriage promotions, assuming you've got a good case, it's still going to be covered by the first party. The first party is the person who's able to subpoena. That subpoena is granted by the state. And the rest, of course, means money. The obvious case is the marriage. But you're saying it's the person who's willing to pledge it. And that's what happens when it's part of your bond, your judgment, your consortium. You've worked with a couple of these parties. You've had some issues. Some of the issues that they've discussed, they've been more rigorous than they've ever been before. Issue number two. You've got a normal circumstance where you've been in the state. Now, you've been in India earlier. Now, that was an issue. Now, you said, going forward, this is a state marriage or something, and it's not an issue of state money. It's just that you're a state judge. You're not a union judge. And, on the other hand, you require the state judge to pay you money. You already have to pay me money to stay in the state. Well, you don't say so. I raised my hand when I was a state judge, and I was in the process of being a state judge. I don't know how much of that's still up there. They said that there was some liability based on the date of the service. The date of the service, the policy that was situated for a few years, when you came in, the liability was not up to your grades. It was up to the person who was in the state and the parties in the state. So, how is this different? Well, this is different as well. If you're a state judge, of course, what can you do if you're a state judge or a registered state judge? Basically, it's different. The underlying function of the law is to tell you how to stay in the state. The underlying function of this law, even at your own risk, is that law is subject to your desire to stay in the state. So, I would argue that you should be a good attorney and a qualified attorney to go through the services that are available to you in the state. She's a good attorney. She's a good attorney. I agree with her. But, I think the issue with going to the state is that's what we're saying. She's not ready to listen to you. She's not paid by a party. She's not CBA-specified by a party. She's got to pay you. If she doesn't see you, she's going to take you to court and you're going to have to sue her. She's going to have to sue you. Thank you. Hi. My name is Sandy. And I'm a business assistant. I started this library in 2013. And I started it in 2015. You see that? I wrote a lot of things in it. And I'm going to give you the full presentation of what I did. It's a library. It's a library. It's a church. It's a library. It's a library. And some of them I've made myself. And here's a little poster.   All right. So, it's helpful. So I start by taking notes in PDF,
judges: Kleinfeld, M. Smith, Kronstadt